(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 18-MC-25369-KMM

CHRISTOPHER KOSACHUK
_____
Plaintiff(s)/JUDGMENT CREDITOR

v.

9197-5904 QUEBEC INC.,
_____
_____
_____
Defendant(s)/JUDGMENT DEBTOR

FILED BY _M_ D.C.
NOV 22 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION FOR WRIT OF EXECUTION
(TITLE OF DOCUMENT)

I, CHRISTOPHER KOSACHUK, (plaintiff) or defendant, in the above styled cause, HEREBY ASK THE CLERK TO ISSUE A WRIT OF EXECUTION IN THIS CASE IN THE AMOUNT OF $1,188,889.67 AGAINST JUDGMENT DEBTOR DEFENDANT 9197-5904 QUEBEC, INC.

(Rev. 10/2002) General Document

**Certificate of Service**

I CHRISTOPHER KOSACHUK, certify that on this date 11/22/24 a true copy of the foregoing document was mailed to: FILED WITH THE CLERKS CM/ECF SYSTEM WHICH WILL SERVE ALL PARTIES

name(s) and address(es)

By:
CHRISTOPHER KOSACHUK
Printed or typed name of Filer

Signature of Filer

_____
Florida Bar Number

CHRISKOSACHUK@GMAIL.com
E-mail address

305 490 5700
Phone Number

_____
Facsimile Number

_____
Street Address

_____
City, State, Zip Code