UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CHRIS KOSACHUK,                               Case #: 1:18-mc-25369-KMM

    Plaintiff,

vs.

9197-5904 QUEBEC, INC,

    Defendant.
_____/

**9197-5904 QUEBEC, INC.'S MOTION TO STRIKE CHRIS KOSACHUK'S MOTION FOR WRIT OF EXECUTION, ALTERNATIVE MOTION TO TRANSFER CASE, AND MEMORANDUM OF LAW**

9197-5904 QUEBEC, INC, (Quebec) through undersigned counsel, files this Motion to Strike Chris Kosachuk's Motion For Writ of Execution [D.E. 48] (Motion), and alternatively to transfer this case closed 12/21/18 to a pending case involving the same parties, case **1:24-cv-23089-KMM**, incorporates a memorandum of law, and respectfully represents:

In this Motion Plaintiff is attempting to circumvent prior Court Orders and procedure.

This court terminated and closed this case 12/21/18 for lack of Form AO 451 Clerk's Certification of a Judgment to be Registered in Another District, (DE 3) and has no jurisdiction over 9197-5904 Quebec, Inc.

Also this same case is pending before Judge Michael Moore involving the same parties case **1:24-cv-23089-KMM.** On November 25. 2024, a trial was set on May 19, 2025, by the Honorable Judge Michael Moore. [D.E. 24] in case **1:24-cv-23089-KMM**.

WHEREFORE, Quebec respectfully request that the Court (1) deny and or strike Chris Kosachuk's Motion in its entirety, with prejudice; or (2) Order the Clerk to immediately transfer this case to the pending case 1:24-cv-23089-KMM before the honorable Judge Michael Moore involving same parties case **1:24-cv-23089-KMM**; and (3) grant other relief that this court may

deem just and proper.

Certificate of Good Faith Conference re the Motion in accordance with the Local Rule: Plaintiff does not agree with the relief requested. Local Rule 7.1(a)(3) provides that counsel for the movant must "confer with all parties... in a good faith effort to resolve the issues in the motion" and must include that certification at the end of the motion, and above the signature block.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 25th day of November, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Respectfully submitted,

JOEL M. ARESTY, P.A.
Counsel for Defendant
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax:1- 800-599-1870
Email:Aresty@Mac.com
By:/s Joel M. Aresty
Fla. Bar No. 197483

*Counsel for 9197-5904 Quebec, Inc.*

**16-01439-AJC Notice will be electronically mailed to:**

Astrid E. Gabbe, Esquire on behalf of Plaintiff; astridgabbe@gmail.com
Chris Kosachuk, on behalf of Plaintiff; chriskosachuk@gmail.com