FILED BY _____ D.C.

JAN 15 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Christopher Kosachuk | COURT CASE NUMBER<br>18-mc-25369-KMM - USDC -SDFL |
|---|---|
| DEFENDANT<br>9197-5904 Quebec, Inc. | TYPE OF PROCESS<br>Civil / Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
9197-5904 Quebec, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6499 NORTH POWERLINE ROAD, SUITE 304, FORT LAUDERDALE, FL 33309

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| Christopher Kosachuk<br>854 Pheasant Run Rd<br>West Chester, PA 19382-8144<br>chriskosachuk@gmail.com - (305) 490-5700 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Also serve: Raymond Houle, 9197-5904 Quebec, Inc. 6913 Valencia Dr. Fisher Island, FL 33109
Sean Neil Meehan, 9197-5904 Quebec, Inc. 6913 Valencia Dr. Fisher Island, FL 33109
Elizabeth Hazan, 9197-5904 Quebec, Inc. 6913 Valencia Dr. Fisher Island, FL 33109
Joel Aresty, Esq. Attorney of record for 9197-5904 Quebec, Inc., 309 1st Ave S., Tierra Verde, FL 33715
See Levy Instructions

| Signature of Attorney other Originator requesting service on behalf of: | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>(305) 490-5700 | DATE<br>1/3/2025 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>$260.00 | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>1-14-25 | Time<br>3:05 | [ ] am<br>[X] pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS:
Return Unexecuted
Per Clerk of Court writ of execution was issued erroneously
Writ not valid - return unexecuted

Form USM-285
Rev. 03/21