UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Original Case No. 18-MC-25369-Moore[1]
Consolidated Case No. 24-CV-23089-Moore-D'Angelo

CHRISTOPHER KOSACHUK,

    Plaintiff/Judgment Creditor

v.

9197-5904 QUEBEC, INC.,

    Defendant/Judgment Debtor
_____/

## MOTION FOR WRIT OF EXECUTION

Christopher Kosachuk, *pro se*, hereby moves for the Clerk of Court to issue a Writ of Execution against Defendant/Judgment Debtor 9197-5904 Quebec, Inc., in this case on the unsatisfied final judgment herein in the principal amount of $1,153,142.26 plus interest of $37,358.65 for a total due as of June 18, 2025 of $1,190,500.91 with per diem interest thereafter at the rate of $7.90/day.

Respectfully submitted,

Christopher Kosachuk
*Pro Se Movant, Plaintiff & Judgment Creditor*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

---

[1] The Final Judgment was registered in this District Court on December 21, 2018 under case number 18-MC-25369-Moore. [*See* Doc. 1]. On January 3, 2025, the Court consolidated the 2018 case with a wrongfully removed case filed on August 13, 2024. [*See* Case no. 24-cv-23089-KMM - Docs.1 & 35] and remanded 2024 case back to state court on April 18, 2025 [*See* Doc. 56]. Thus, leaving this 2018 case for execution proceedings, including this instant writ of execution.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was delivered to the Clerk of Court who will electronically file it and serve it upon all parties of record as indicated on this 4th day of April 2025.

Christopher Kosachuk
*Pro Se Movant, Plaintiff & Judgment Creditor*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

### Via CM/ECF/Email

Joel Aresty, Esq. attorney for 9197-5904 Quebec, Inc.
aresty@mac.com

Todd Mosser, Esq. attorney for 9197-5904 Quebec, Inc.
todd@mosserlegal.com